# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SHERRY JACOBS, et al.,

        Plaintiffs,     :    Case No. 3:10-cv-183

- vs -     :    District Judge Walter Herbert Rice
        Magistrate Judge Michael R. Merz

WELLS FARGO AND COMPANY, et al.,  :

        Defendants.     :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #15), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Ocwen Financial Corporation is dismissed as a Defendant without prejudice for lack of personal jurisdiction.

November 22, 2010.

                                                                 Walter Herbert Rice
                                                         United States District Judge